# Court of Appeals
# of the State of Georgia

ATLANTA,  December 27, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0727. DWAYNE COTTON v. THE STATE.**

In 2014, Dwayne Cotton pled guilty to rape and other charges, and the trial court imposed a total sentence of 25 years in prison. In 2020, he filed a motion for an out-of-time appeal, which the trial court denied. Cotton appealed, and we vacated the order denying his motion for an out-of-time appeal and remanded the case to the trial court with direction to dismiss the motion. *Cotton v. State*, Case No. A22A1105 (Apr. 14, 2022).

On remand, Cotton filed several additional motions, including motions to examine recorded evidence, in arrest of judgment, and to dismiss. In an order entered on September 6, 2023, the trial court dismissed all of Cotton's pending motions, including his 2020 motion for an out-of-time appeal. Cotton filed a notice of appeal on November 30, 2023.[1] We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. See *Kelly v. State*, 311 Ga. 827, 828 (860 SE2d 740) (2021). Cotton's notice of

---

[1] Cotton's notice of appeal is dated September 22, 2023, but it was not filed in the trial court until November 30.

appeal was filed 85 days after entry of the order he seeks to appeal. Consequently, this untimely appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___12/27/2023_____*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*